**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Paul West, | No. CV-98-218-TUC-CKJ |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | |
| Dora B. Schriro, et al.,[1] | **ORDER RE: RECUSAL** |
| Respondents. | |

This capital habeas case was recently reassigned to this Court. A preliminary review of the record reveals a potential conflict of interest. Accordingly, the Court concludes that recusal is appropriate. <u>See</u> 28 U.S.C. § 455(a).

**IT IS THEREFORE ORDERED** that the Court recuses itself from this matter.

**IT IS FURTHER ORDERED** that this case has been randomly reassigned, by lot, to **Judge David C. Bury** for all future proceedings. In compliance with Local Rules of Civil Procedure (LRCiv) 3.2(a), all future documents shall carry the following case number and court designation: **CV-98-218-TUC-DCB.**

DATED this 2nd day of November, 2005.

_Cindy K. Jorgenson_
Cindy K. Jorgenson
United States District Judge

---

[1] Dora B. Schriro, Director of the Arizona Department of Corrections, is substituted for her predecessor pursuant to Fed. R. Civ. P. 25(d)(1).