**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Paul West, | No. CV-98-218-TUC-DCB |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| Dora B. Schriro, et al., | **ORDER** |
| Respondents. | |

Good cause appearing,

**IT IS ORDERED** that Petitioner's Request for Two Week Continuance to File Motion to Reconsider (Dkt. 84) is **GRANTED**. Any motion for reconsideration from the Court's Order re: Procedural Status of Claims shall be filed no later than **February 17, 2006**.

**IT IS FURTHER ORDERED** that Petitioner's Ex Parte Motion to File Case Management and Budget Proposal One Week After Due Date (Dkt. 85) is **GRANTED**. The proposed budget shall be filed ex parte and under seal no later than **February 10, 2006**.

DATED this 7th day of February, 2006.

David C. Bury
United States District Judge