**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Paul West, | No. CV-98-218-TUC-DCB |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| Dora B. Schriro, et al., | **ORDER** |
| Respondents. | |

There being no opposition and good cause appearing,

**IT IS ORDERED** that Petitioner's Request for an Extension of Time to File Merits Brief (Dkt. 96) is **GRANTED**. Petitioner's Merits Brief shall be filed no later than **April 19, 2006**.

DATED this 14th day of March, 2006.

David C. Bury
United States District Judge