**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Paul West, | No. CV-98-218-TUC-DCB |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | |
| Dora B. Schriro, et al., | **ORDER** |
| Respondents. | |

Good cause appearing,

**IT IS ORDERED** that Petitioner's (Second) Request to Continue Due Date of Merits Brief for One Week (Dkt. 101) is **GRANTED**. Petitioner's Merits Brief shall be filed no later than **April 26, 2006**.

DATED this 18th day of April, 2006.

David C. Bury
United States District Judge