**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Paul West,<br><br>    Petitioner,<br><br>v.<br><br>Dora B. Schriro, et al.,<br><br>    Respondents. | No. CV-98-218-TUC-DCB<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

There being no opposition,

**IT IS ORDERED** that Petitioner's Request for a 30-Day Extension (Dkt. 115) is **GRANTED**. Petitioner's Reply re: Merits shall be filed no later than **November 16, 2006**.

DATED this 5th day of October, 2006.

David C. Bury
United States District Judge