**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Thomas Paul West, | ) | No. CV-98-218-TUC-DCB |
| Petitioner, | ) | |
| | ) | DEATH PENALTY CASE |
| v. | ) | |
| | ) | |
| Dora B. Schriro, et al., | ) | **ORDER** |
| Respondents. | ) | |
| | ) | |

Before the Court is Respondents' motion for an extension of the deadline for filing a response to Petitioner's motion seeking leave to file a motion for relief from judgment under Rule 60(b).  (Dkt. 136.)  Respondents request a two-week extension, to October 20, 2008.  Petitioner does not object.

Good cause appearing,

**IT IS ORDERED** that Respondents' motion (Dkt. 136) is **GRANTED**.  The response to Petitioner's motion seeking leave to file a Rule 60(b) motion shall be filed no later than **October 20, 2008**.

DATED this 7th day of October, 2008.

David C. Bury
United States District Judge