**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Paul West,<br><br>    Petitioner,<br><br>v.<br><br>Dora B. Schriro, et al.,<br><br>    Respondents. | No. CV-98-218-TUC-DCB<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

Federally-appointed habeas counsel have filed a motion seeking authorization to represent Petitioner in state court for the purpose of challenging an Arizona statute directing that the Arizona Department of Corrections supervise implementation of lethal injection as the method of execution for condemned inmates. Petitioner is slated to be executed in seven days, on Tuesday, July 19, 2011. To avoid unwarranted delay, the motion is **GRANTED** (Doc. 149). By issuance of this order, the Court does not purport to encourage, approve, or convey any position with respect to the merits of the proposed litigation.

**IT IS SO ORDERED**.

DATED this 12th day of July, 2011.

David C. Bury
United States District Judge